DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FAUSTINO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-357 LKK |
| ) Plaintiff, ) | |
| ) v. ) | ORDER SETTING FUTURE STATUS CONFERENCE AND EXCLUDING TIME |
| ) FAUSTINO HERNANDEZ, et al., ) Defendant. ) ) _____ ) ) | |

    A status conference was held in open court on Tuesday, October 24, 2006. Attorney Dina Santos was present with her client, Faustino Hernandez; Attorney Phillip Cozens was present with his client Francisco Zamora; and Assistant United States Attorney Bob Twiss was present for the government.

    At the request of the defense, the status conference was continued to November 14, 2006 at 9:30 a.m., to allow defense counsel time to review the discovery and for Mr Zamora to review his plea agreement. The court excluded time under local code T-4 from October 24, 2006 to November 14, 2006 for attorney preparation. and to allow the defense

1  reasonable time needed to review discovery.

2

3                              **O R D E R**

4

5     **IT IS SO ORDERED.**

6

7                  By the Court,

8

9

10

11 Dated: October 24, 2006

12

13                                     _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
14                                     UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                  2