1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2767

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )  CR. No. S-06-357 LKK
                               )
12                 Plaintiff,  )  Order Continuing Matter for Further
                               )  Status Conference
13            v.               )
                               )
14  FRANCISCO ZAMORA,          )
    FAUSTINO HERNANDEZ,        )
15                             )
                   Defendants. )
16  _____  )

17

18       This matter came before the court for status conference on

19  November 14, 2006.  The United States was represented by

20  Assistant United States Attorney Jason Hitt.  Defendants

21  Francisco Zamora and Faustino Hernandez were represented by Phil

22  Cozens and Dina Santos, respectively.

23       This matter was continued for further status hearing on

24  Tuesday, December 12, 2006.  Time is excluded to and including

25  December 12, 2006 due to needs of counsel to prepare, Title 18,

26  United States Code, Sections 3161(h)(8)(B)(iv), Local Code T4.  I

27  find that the needs of counsel to prepare outweigh the public

28  interest in a trial within 70 days, and that the interests of

1  justice require a further exclusion of time.

2  Dated: December 12, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT