```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  CR. No. 06-357 LKK
                               )
12              Plaintiff,     )  Stipulation and Order Continuing
                               )  Matter for Further Proceedings
13        v.                   )
                               )
14  FAUSTINO HERNANDEZ,        )
                               )
15              Defendant.     )
                               )
16                             )
                               )
17  _____
18
```

It is hereby agreed and stipulated by the United States, through its undersigned counsel, and by defendant Faustino Hernandez, through his counsel Dina Santos, that the status conference scheduled for Tuesday, January 17, 2007, should be VACATED and CONTINUED until February 6, 2007 at 9:30 a.m.  The continuance is necessary to allow co-defendant Francisco Zamora to plea guilty on January 17th without being transported to court in the same van as defendant Hernandez.  Zamora is unwilling to plead guilty on a day in which he is transported to and from court with Hernandez and has to share a holding cell

1 with him before and after his guilty plea.  Zamora's plea
2 agreement calls for him to cooperate with law enforcement,
3 including possible testimony against defendant Hernandez.

4     A delay of a few weeks between the entry of defendant
5 Zamora's plea and the next status conference for defendant
6 Hernandez will allow defense counsel for Hernandez sufficient
7 time to assess the significance of Zamora's plea, including
8 Zamora's cooperation against Hernandez, upon the defense of
9 Hernandez.

10     The parties further agree and stipulate that time should be
11 excluded under the Speedy Trial Act due to needs of counsel to
12 prepare [local code T4] up to and including February 6, 2007.
13 The undersigned counsel for the United States discussed this
14 matter with Ms. Dina Santos, counsel for defendant Hernandez, on
15 Friday, January 12th, and she agreed to the proposed continuance
16 and asked for the date of February 6th.

17     Accordingly, defendant Hernandez and the United States agree
18 and stipulate that the status conference hearing for defendant
19 Hernandez ONLY should be continued until 9:30 a.m. on Tuesday,
20 February 6, 2007.  Defendant Hernandez and the United States
21 agree and stipulate that the needs of counsel to prepare and
22 advise her client exceed the needs of the public for a trial
23 within 70 days, so that the interests of justice warrants a
24 further exclusion of time.

25 Dated: January 16, 2007

26                                            McGREGOR W. SCOTT
                                           United States Attorney
27
                               By:  /S/ RMT_____
28                                   ROBERT M. TWISS
                                  Assistant U.S. Attorney

Dated: January 16, 2007

                                        FAUSTINO HERNANDEZ
                                        Defendant

                                   By:  /S/ Dina Santos
                                        DINA SANTOS
                                        Counsel for Defendant

## ORDER

It is so ORDERED. The status conference currently scheduled for January 17, 2007, is VACATED and CONTINUED until February 6, 2007 at 9:30 am for defendant Hernandez ONLY. Time is excluded under the Speedy Trial Act until February 6, 2007 due to the needs of counsel to prepare [Local code T4]. I also find that the needs of counsel to evaluate the plea offer and advise his client exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

Dated: January 16, 2007

                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT