DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FAUSTINO HERNANDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-357 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SETTING FUTURE STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| FAUSTINO HERNANDEZ, et al., | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |


A status conference was held in open court on Tuesday, February 6, 2007.  Attorney Dina Santos was present with her client, Faustino Hernandez; and Assistant United States Attorney Bob Twiss was present for the government.

At the mutual request of both parties, the status conference was continued to March 6, 2007 at 9:30 a.m., to allow further negotiations between the parties.  Both parties agreed that time should be excluded

///

///

///

1

2    pursuant to local code  T-4.  The court excluded time under local code

3    T-4 from February 6, 2007 to March 6, 2007

4

5                              **O R D E R**

6

7        **IT IS SO ORDERED.**

8

9                        By the Court,

10

11   Dated: February 7, 2007

12

13                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
14                                UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order              2