1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FAUSTINO HERNANDEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )  No. 06-357 LKK
12                                )
               Plaintiff,         )
13                                )  ORDER SETTING FUTURE STATUS
        v.                        )  CONFERENCE AND EXCLUDING TIME
14                                )
   FAUSTINO HERNANDEZ, et al.,    )
15             Defendant.         )
                                  )
16 _____)
                                  )
17

18

19
         A status conference was held in open court on Tuesday, March 6,
20
   2007.  Attorney Dina Santos was present with her client, Faustino
21
   Hernandez; and Assistant United States Attorney Bob Twiss was present
22
   for the government.
23
         At the mutual request of both parties, the status conference was
24
   continued to April 17, 2007 at 9:30 a.m., to allow further negotiations
25
   between the parties.  The prosecution advised that additional discovery
26
   would be provided due to a request by defense counsel.  Both parties
27
   agreed that time should be excluded pursuant to local code T-4.  The
28

1  court excluded time under local code T-4 from March 6, 2007, to April
2  17, 2007.
3
4                              **O R D E R**
5
6      **IT IS SO ORDERED.**
7
8                  By the Court,
9
10
11
12 Dated: March 8, 2007
13
14
15                                   _____
                                     LAWRENCE K. KARLTON
16                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                2