DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FAUSTINO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 06-357 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| FAUSTINO HERNANDEZ ) | |
| Defendant. ) | |
| ) | Date   May 1, 2007 |
| _____ ) | Time:  9:30 a.m. |
| ) | Judge: Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Twiss, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Faustino Hernandez, that the status conference scheduled for April 17, 2007, be vacated and the matter be continued to this Court's criminal calendar on May 1, 2007, at 9:30 a.m.

This continuance is requested by the defense in order to permit counsel to conduct investigation and continue in negotiations with the prosecution in attempt to finalize a plea agreement .

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 1, 2007 date, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 11, 2007        /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Faustino Hernandez

Dated: April 11, 2007        /S/ Robert Twiss
                             ROBERT TWISS
                             Assistant United States Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated: April 12, 2007
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT