```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FAUSTINO HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   ) STIPULATION AND ORDER VACATING<br>     v.                            ) DATE, CONTINUING CASE, AND<br>                                   ) EXCLUDING TIME<br>FAUSTINO HERNANDEZ                 )<br>            Defendant.             )<br>                                   ) Date   May 1, 2007<br>_____) Time:  9:30 a.m.<br>                                   ) Judge: Karlton | No. CRS 06-357 LKK |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Twiss, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Faustino Hernandez, that the status conference scheduled for April 17, 2007, be vacated and the matter be continued to this Court's criminal calendar on May 1, 2007, at 9:30 a.m.

This continuance is requested by the defense in order to permit counsel to conduct investigation and continue in negotiations with the prosecution in attempt to finalize a plea agreement .

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 1, 2007 date, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 11, 2007          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Faustino Hernandez

Dated: April 11, 2007          /S/ Robert Twiss
                               ROBERT TWISS
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 12, 2007          LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

Stipulation and Order                              2