DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FAUSTINO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FAUSTINO HERNANDEZ<br>            Defendant.<br>_____ | No. CRS 06-357 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date   June 5, 2007<br>Time:  9:30 a.m.<br>Judge: Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Twiss, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Faustino Hernandez, that the status conference scheduled for May 1, 2007, be vacated and the matter be continued to this Court's criminal calendar on June 5, 2007, at 9:30 a.m.

This continuance is requested by the defense in order to permit counsel to conduct investigation and continue in negotiations with the prosecution in attempt to finalize a plea agreement. We have just received a draft of a plea agreement and require time to have the plea

agreement read by a certified interpreter and to possibly meet with the government before the plea.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

   The Court is advised that all counsel have conferred about this request, that they have agreed to the June 5, 2007 date, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his behalf.

   **IT IS SO STIPULATED.**

Dated: April 30, 2007          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Faustino Hernandez

Dated: April 30, 2007          /S/ Robert Twiss
                               ROBERT TWISS
                               Assistant United States Attorney
                               Attorney for Plaintiff


**O R D E R**

   **IT IS SO ORDERED.**

           By the Court,

Dated: April 30, 2007
                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT