1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2767

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  )  CR. No. S-06-357 LKK
                              )
12              Plaintiff,    )  Order Continuing Matter for Further
                              )  Status Conference
13         v.                 )
                              )
14 FAUSTINO HERNANDEZ,        )
                              )
15              Defendants.   )
                              )
16                            )
   _____)
17

18

19      This matter came before the court for status conference on

20 June 26, 2007.   The United States was represented by Assistant

21 United States Attorney Robert M. Twiss.  Defendant Hernandez was

22 represented by attorney Dina Santos, Esq.

23      Ms. Santos indicated that a legal conflict had arisen

24 between her and defendant Hernandez, and asked to be relieved as

25 counsel.  Attorney Steve Bauer, Esq., met with defendant

26 Hernandez and accepted appoint as successor counsel.  Mr. Bauer

27 asked that the matter be continued for him to review the file and

28 discuss the case with the defendant.

1    This matter was continued for further status hearing on

2  Tuesday, August 21, 2007 at 9:30 A.M.  Time was excluded to and

3  including August 21, 2007 due to needs of counsel to prepare,

4  Title 18, United States Code, Section 3161(h)(8)(B)(iv), Local

5  Code T4.  I find that the needs of counsel to prepare outweigh

6  the public interest in a trial within 70 days, and that the

7  interests of justice require a further exclusion of time.

8  Dated: August 21, 2007

9

10

11                              LAWRENCE K. KARLTON

12                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28