```
McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-357 LKK |
| Plaintiff, | Order Continuing Matter for Further Status Conference |
| v. | |
| FAUSTINO HERNANDEZ, | |
| Defendants. | |

This matter came before the court for status conference on August 21, 2007. The United States was represented by Assistant United States Attorney Robert M. Twiss. Defendant Hernandez was represented by attorney Steve Bauer, Esq.

This matter was continued for further status hearing on Wednesday, September 5, 2007 at 9:30 A.M. Time is excluded to and including September 5, 2007 due to needs of counsel to prepare, Title 18, United States Code, Section 3161(h)(8)(B)(iv), Local Code T4. I find that the needs of counsel to prepare outweigh the public interest in a trial within 70 days, and that

1 | the interests of justice require a further exclusion of time.
2 | Dated: August 21, 2007

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```